Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
8033 Linda Vista Road, Suite 200
San Diego, California 92111
(619) 500-6683
(619) 810-2980 fax
roberto@robertorobledo.com

Attorneys for Plaintiff David Greenley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Greenley**, <br><br> Plaintiff, <br><br> v. <br><br> **Higher Education Loan Authority of the State of Missouri a/k/a MOHELA**, <br><br> Defendant. | Case No. 20-cv-02198-MMA-BGS <br><br> **Notice of Settlement** <br><br> Hon. Michael M. Anello |

Plaintiff David Greenley ("Plaintiff") files this Notice of Settlement to inform the Court that Plaintiff and Defendant Higher Education Loan Authority of the State of Missouri a/k/a MOHELA ("Defendant") by and through their counsel have reached an agreement in principle to settle all claims pending in the present litigation.

The Parties are in the process of documenting a formal settlement agreement. The Parties anticipate dismissing this action in its entirety with prejudice within the next 45 days.

Respectfully submitted,

Dated:   February 5, 2021.        Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff

Notice of Settlement—1

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 8033 Linda Vista Road, Suite 200, San Diego, California 92111. On the same day as this Certificate was executed, I served copies of the attached documents:

**Notice of Settlement**

via First Class U.S. Mail on:

>Luke Sosnicki, lsosnicki@thompsoncoburn.com
>Thompson Coburn LLP
>2029 Century Park East, 19th Floor
>Los Angeles, CA 90067

Attorneys for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 5th day of February, 2021, at San Diego, California.

>/s/ Roberto Robledo
>Roberto Robledo
>Law Offices of Roberto Robledo
>8033 Linda Vista Road, Suite 200
>San Diego, CA 92111
>(619) 500-6683
>
>Attorneys for Plaintiffs

Notice of Settlement—2