Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
8033 Linda Vista Road, Suite 200
San Diego, California 92111
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff David Greenley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Greenley**, <br><br> Plaintiff, <br><br> v. <br><br> **Higher Education Loan Authority of the State of Missouri a/k/a MOHELA**, <br><br> Defendant. | Case No. 20-cv-02198-MMA-BGS <br><br> **Notice of Voluntary Dismissal with Prejudice, Pursuant to FRCP 41(a)(1)(A)(i)** <br><br> Hon. Michael M. Anello |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action in its entirety WITH PREJUDICE.

Dated:   March 3, 2021.              Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff
David Greenley

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 8033 Linda Vista Road, Suite 200, San Diego, California 92111. On the same day as this Certificate was executed, I served copies of the attached documents:

**Notice of Settlement**

via First Class U.S. Mail on:

> Luke Sosnicki, lsosnicki@thompsoncoburn.com
> Thompson Coburn LLP
> 2029 Century Park East, 19th Floor
> Los Angeles, CA 90067

Attorneys for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 3rd day of March, 2021, at San Diego, California.

*/s/ Roberto Robledo*
Roberto Robledo
Law Offices of Roberto Robledo
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(619) 500-6683

Attorneys for Plaintiffs